# United States Bankruptcy Court
Eastern District of Louisiana

LISA ANNETTE GENNARO
110 WOODS DR
MADISONVILLE LA 70447

09-12088
Chapter 13
Section B

*Amended*

## TRUSTEE'S DIRECTION TO WITHHOLD EARNINGS AND PAY TO TRUSTEE

The above-named debtor(s) having entered a petition in the United States Bankruptcy Court under Chapter 13 of the United States Bankruptcy Code, and having submitted all earnings to the administration of the undersigned Trustee,

IT IS DIRECTED that the employer of LISA ANNETTE GENNARO:

LAKEVIEW REGIONAL MEDICAL CENTER
ATTN PAYROLL DEPT
95 EAST FAIRWAY DR
COVINGTON LA 70433

deduct from said earnings the sum of $385.38 BI-WEEKLY and promptly remit the sums so deducted with the debtor's case number, 09-12088, printed on all checks or vouchers, to:

S. J. BEAULIEU, JR., TRUSTEE
P. O. BOX 113
MEMPHIS, TN 38101

This instruction remains in force until further instructions from the Trustee and supersedes any previous instruction made to the subject employer in this case.

New Orleans, Louisiana, October 05, 2009.

Attorney for debtor:

TIMOTHY P KIRKPATRICK

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee